AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GERALD M. WILLIAMS, JR.,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO.  C2-09-43

**DAIFUKU AMERICA CORPORATION, et al.,**

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

       **Defendants.**

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed June 7, 2010, JUDGMENT is hereby entered for the Defendants.  This case is DISMISSED.**

Date: June 7, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk